UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAYVON HARBOR,<br><br>    Petitioner,<br><br>vs.<br><br>DOMINGO URIBE, JR., WARDEN,<br><br>    Respondent. | CASE NO. CV 09-03358 GW (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. Although the Court agrees with the Magistrate Judge's recommendation to deny the petition and dismiss the action with prejudice, the Court makes the following observations before accepting the Report.

        First, it appears that the reference to the "trial court" at page 20, line 5 of the Report refers instead to a determination by the California Court of Appeal, and the Court so construes the Report.

        Second, the Report correctly notes that a declaration by one Aretha Bonner, as attached to the petition, was unsigned. *See* R&R at 25:22-25. But Petitioner included a signed version of that declaration with his Traverse (at its page 78), as Petitioner

correctly notes in his Objections (at page 13). This ultimately makes no difference, however. This is because, as the Report correctly states next (at the top of page 26), even if Bonner had testified as Petitioner wishes, it is not reasonably likely that he would have obtained a better trial result.

Third, the Report's discussion of Petitioner's final claim, cumulative error, states that some of his preceding claims were rejected on grounds of harmless error. It does not appear that this is so. There was no error to accumulate.

With the foregoing comments and clarifications, the Court accepts the findings and recommendations of the Magistrate Judge.

DATED: Dec. 27, 2011

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE